# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Malley, Kathleen M. | U.S. Court of Appeals for the Federal Circuit | 08/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Dean's Advisory Committee, Case Law School |
| 2. | Member | Master Bencher, John M. Manos Inn of Court |
| 3. | Member | Master Bencher, Edward Coke Appellate Inn of Court |
| 4. | Member | Judicial Advisory Council, Sedona Conference |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Covington & Burling |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Court Appointed Masters | 01/27/12-01/29/12 | San Antonio, TX | ACAM Annual Meeting - Speaker | Airfare, lodging, and meals |
| 2. | Duke University | 04/27/12 | Raleigh, NC | Judicial Studies Conference | Airfare, lodging, and meals |
| 3. | Federal Circuit Bar Association | 06/20/12-06/23/12 | San Diego, CA | Federal Circuit Bench & Bar | Airfare, lodging, and meals |
| 4. | Cleveland Metro Bar Association | 07/24/12-07/26/12 | Cleveland, OH | Multi-District Litigation Seminar | Airfare, lodging, and meals |
| 5. | Intellectual Property Lawyers Association of Chicago | 11/02/12-11/03/12 | Chicago, IL | IPLAC Annual Meeting | Airfare, lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank | A | Interest | N | T | | | | | |
| 2. Castle Harlan Affiliates IV-A, LLP | B | Int./Div. | J | U | Buy (add'l) | 02/15/12 | J | | |
| 3. | | | | | Buy (add'l) | 08/29/12 | J | | |
| 4. Castle Harlan Partners V, LLP | E | Int./Div. | K | W | Buy (add'l) | 12/14/12 | J | | |
| 5. CHP V Affiliates AIV, LP (X) | | None | K | U | Buy | 12/14/12 | K | | |
| 6. Mid-Atlantic Fund of Funds II, LP | A | Interest | K | W | | | | | |
| 7. The Dinner Club I, LLC | | None | J | U | | | | | |
| 8. AEI Alien Series B Inv II, LLC | | None | K | W | | | | | |
| 9. | | | | | | | | | |
| 10. MorganStanleySmithBarney Brokerage Account #1 | | | | | | | | | |
| 11. Blackrock Global Allocation Fund | | None | | | Sold | 07/13/12 | K | A | |
| 12. Calamos Market Neutral Income | A | Dividend | | | Sold | 07/13/12 | K | B | |
| 13. Henderson Intl Opportunity Fund CL W | | None | | | Sold | 07/13/12 | K | A | |
| 14. Ivy Large Cap Growth Fund, fka Ivy Cap Apprc. Fund CL I | | None | | | Sold | 07/13/12 | K | B | |
| 15. Ivy Asset Strategy Fund (X) | | None | | | Sold | 07/13/12 | K | A | |
| 16. Loomis Sayles Strategic Inc Fund CL A | A | Dividend | | | Sold | 07/13/12 | K | A | |
| 17. Nuveen NW Q Multi Cap (X) | | None | | | Sold | 07/13/12 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Thornburg International Value Fund | A | Dividend | | | Sold | 07/13/12 | K | A | |
| 19. Thornburg Intermed Muni Natl Fund | A | Interest | | | Sold | 07/13/12 | L | D | |
| 20. Touchstone Mid Cap Growth Fund CL A | | None | | | Sold | 07/13/12 | K | A | |
| 21. Pimco Commodity Real Return Strategy Fund | A | Dividend | | | Sold | 07/13/12 | K | A | |
| 22. Pimco Funds All Asset | A | Dividend | | | Sold | 07/13/12 | K | A | |
| 23. Cash Brokerage Acct #1 | A | Interest | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. MorganStanleySmithBarney Brokerage Account #2 | | | | | | | | | |
| 26. Cash Brokerage Acct #2 | A | Interest | J | T | | | | | |
| 27. Blackrock Global Allocation Fund | A | Dividend | | | Sold | 07/13/12 | K | A | |
| 28. Calamos Market Neutral Income | A | Dividend | | | Sold | 07/13/12 | K | B | |
| 29. Henderson Intl Oppty Fund CL W | | None | | | Sold | 07/13/12 | K | A | |
| 30. Ivy Large Cap Growth Fund, fka Ivy Cap Apprec FD CLI | | None | | | Sold | 07/13/12 | K | C | |
| 31. Ivy Asset Strategy FD CLI | | None | | | Sold | 07/13/12 | K | A | |
| 32. Loomis Sayles Strategic Inc Fund CL A | A | Dividend | | | Sold | 07/13/12 | K | A | |
| 33. Nuveen NWQ Multi Cap Value Fund CL I | | None | | | Sold | 07/13/12 | K | B | |
| 34. Pimco Funds All Assest All Auth P | A | Dividend | | | Sold | 07/13/12 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Commodity Real Ret Strat Fund | A | Dividend | | | Sold | 07/13/12 | K | A | |
| 36. Thornburg Intl Value Fund CL I | A | Dividend | | | Sold | 07/13/12 | K | A | |
| 37. Thornburg Intermediate Muni Natl | A | Interest | | | Sold | 07/13/12 | L | C | |
| 38. Touchstone Mid Cap Growth Fund CL A | | None | | | Sold | 07/13/12 | J | A | |
| 39. | | | | | | | | | |
| 40. Covington Pension Plan Cash | | | | | | | | | |
| 41. Balance Account | E | Int./Div. | P1 | T | | | | | |
| 42. Covington & Burling Partnership LLP | B | Interest | P1 | W | | | | | |
| 43. | | | | | | | | | |
| 44. IRA #1 | E | Dividend | N | T | | | | | |
| 45. Dreyfus Liquid Assests Inc CL 2 | | None | | | Closed | 07/13/12 | J | | |
| 46. Blackrock Global Allocation Fund | | None | | | Sold | 07/13/12 | K | | |
| 47. Calamos Market Neutral Income | | None | | | Sold | 07/13/12 | K | | |
| 48. Henderson Intl Oppty Fund CL W | | None | | | Sold | 07/13/12 | K | | |
| 49. Ivy Large Cap Growth Fund, fka Ivy Cap Apprec CL I | | None | | | Sold | 07/13/12 | K | | |
| 50. Ivy Asset Strategy Fund CL I | | None | | | Sold | 07/13/12 | K | | |
| 51. Loomis Sayles Strategic Inc Fund CL A | | None | | | Sold | 07/13/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nuveen NWQ Multi Cap Value Fund CL I | | None | | | Sold | 07/13/12 | K | | |
| 53. Pimco Funds All Asset All Auth P | | None | | | Sold | 07/13/12 | K | | |
| 54. Pimco Total Return Fund CL P | | None | | | Sold | 07/13/12 | K | | |
| 55. Pimco Commodity Real Ret Strat Fund | | None | | | Sold | 07/13/12 | K | | |
| 56. Thornburg Intl Value Fund CL I | | None | | | Sold | 07/13/12 | K | | |
| 57. Touchstone Mid Cap Growth Fund CL A | | None | | | Sold | 07/13/12 | J | | |
| 58. | | | | | | | | | |
| 59. Charles Scwab 401k | E | Dividend | O | T | | | | | |
| 60. Dodge & Cox Stock | | None | | | Buy (add'l) | 10/01/12 | J | | |
| 61. American Beacon Small Cap Val Inst | | None | | | Buy (add'l) | 10/01/12 | J | | |
| 62. Lazard Emerging Market Equity Inst | | None | | | Buy (add'l) | 10/01/12 | J | | |
| 63. Pimco Total Return Inst | | None | | | Buy (add'l) | 10/01/12 | J | | |
| 64. Schwab Stable Value Inst II | | None | | | Buy (add'l) | 10/01/12 | J | | |
| 65. JP Morgan Large Cap Growth RS | | None | | | Buy (add'l) | 10/01/12 | J | | |
| 66. Morgan Stanley Inst Mid Cap Growth | | None | | | Buy (add'l) | 10/01/12 | J | | |
| 67. Thornburg Int'l Equity Fund | | None | | | Buy (add'l) | 10/01/12 | J | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab Brokerage Account #1 (X) | | | | | | | | | |
| 70. Steelpath MLP Select 40 (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 71. DFA Emerging Mkt Value (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 72. Dodge & Cox Int'l Stock Fund (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 73. Pimco Emerg Local Bond (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 74. Wells Fargo Adv Int'l (X) | A | Dividend | J | T | Buy | 07/16/12 | J | | |
| 75. JPMorgan HiYield Select (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 76. Pimco Comm Real Return (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 77. American Fund Europacific (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 78. Pimco Foreign Bond Fund (X) | A | Dividend | J | T | Buy | 07/16/12 | J | | |
| 79. Vang St Exempt Fund (X) | A | Interest | L | T | Buy | 07/16/12 | L | | |
| 80. Vang Interterm Exempt (X) | B | Interest | L | T | Buy | 07/16/12 | L | | |
| 81. Vang Inflation Protected (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 82. Cohen & Steers Realty (X) | B | Dividend | K | T | Buy | 07/16/12 | K | | |
| 83. Ishares Trust S&P 500 (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 84. Vang Small Cap (X) | A | Dividend | J | T | Buy | 07/16/12 | J | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Schwab Brokerage Account #2 (X) | | | | | | | | | |
| 87. Steelpath MLP Select 40 (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 88. DFA Emerging Mkt Value (X) | A | Dividend | K | T | Buy | 07/16/12 | J | | |
| 89. Dodge & Cox Int'l Stock Fund (X) | A | Dividend | J | T | Buy | 07/16/12 | J | | |
| 90. Pimco Emerg Local Bond (X) | A | Dividend | J | T | Buy | 07/16/12 | J | | |
| 91. Wells Fargo Adv Int'l (X) | A | Dividend | J | T | Buy | 07/16/12 | J | | |
| 92. JPMorgan HiYield Select (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 93. Pimco Comm Real Return (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 94. American Fund Europacific (X) | A | Dividend | J | T | Buy | 07/16/12 | J | | |
| 95. Pimco Foreign Bond Fund (X) | A | Dividend | J | T | Buy | 07/16/12 | J | | |
| 96. Vang St Exempt Fund (X) | A | Dividend | L | T | Buy | 07/16/12 | L | | |
| 97. Vang Interterm Exempt (X) | A | Dividend | L | T | Buy | 07/16/12 | L | | |
| 98. Vang Inflation Protected (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 99. Cohen & Steers Realty (X) | A | Dividend | J | T | Buy | 07/16/12 | J | | |
| 100. Ishares Trust S&P 500 (X) | A | Dividend | K | T | Buy | 07/16/12 | K | | |
| 101. Vang Small Cap (X) | A | Dividend | J | T | Buy | 07/16/12 | J | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Schwab IRA #1 (X) | E | Dividend | N | T | | | | | |
| 104. JPMorgan High Yield Fund (X) | | None | | | Buy | 07/16/12 | K | | |
| 105. Steelpath MLP Select 40 (X) | | None | | | Buy | 07/16/12 | J | | |
| 106. Pimco Emerging Local Bond Fund (X) | | None | | | Buy | 07/16/12 | J | | |
| 107. Wells Fargo Advtg Int'l Fund (X) | | None | | | Buy | 07/16/12 | J | | |
| 108. Baird Aggregate Bond Inst Fund (X) | | None | | | Buy | 07/16/12 | K | | |
| 109. DFA Emerging Mkt Value Portfolio (X) | | None | | | Buy | 07/16/12 | J | | |
| 110. Pimco Comm Real Estate Return (X) | | None | | | Buy | 07/16/12 | K | | |
| 111. Dodge & Cox Int'l Stock Fund (X) | | None | | | Buy | 07/16/12 | J | | |
| 112. American Fund Europacific Growth (X) | | None | | | Buy | 07/16/12 | J | | |
| 113. Pimco Foreign Bond Fund (X) | | None | | | Buy | 07/16/12 | J | | |
| 114. Pimco Total Return Fund (X) | | None | | | Buy | 07/16/12 | K | | |
| 115. Cohen & Steers Realty Shares (X) | | None | | | Buy | 07/16/12 | J | | |
| 116. Vangaurd Inflation Protected Securities (X) | | None | | | Buy | 07/16/12 | K | | |
| 117. Ishares Trust S&P 500 Index (X) | | None | | | Buy | 07/16/12 | K | | |
| 118. Vanguard Small Cap Fund (X) | | None | | | Buy | 07/16/12 | J | | |
| 119. Schwab Cash Reserves (X) | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In July 2012, assests that were previously managed by Morgan Stanley were divested and funds were transferred in purchses with Schwab. (Indicated with (X) and (Y) accordingly.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Kathleen M. O'Malley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544